**Dated: October 16, 2013,  02:25 PM**

**The following is ORDERED:**



Niles Jackson
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | § | |
| Darrell Ross Lee | § | Case No. 13-11969-NLJ-13 |
| | § | Chapter 13 |
| | § | |
| Debtor | § | |

ORDER ON MOTION TO TO BORROW/INCUR DEBT FOR THE PURCHASE OF A VEHICLE AND APPLICATION FOR COMPENSATION

Came to be heard/considered Debtor's Motion to Borrow/Incur Debt for the Purchase of a Vehicle and Application for Compensation in the above styled and numbered case. Counsel for debtor represents that the motion was filed 9/23/2013, and served on all parties in interest pursuant to Local Bankruptcy Rule 9007, and the date for filing objections was 10/15/2013. No objections have been filed, therefore, the motion should be granted.

1. Debtor may incur debt of up to $12,400 for the purpose of purchasing a new vehicle.

2. The total purchase price may not exceed $15,000.

3. Debtor may trade in his current vehicle, 2002 Pontiac Montana for $2,600.

4. Debtor will pay the new debt at 21% interest with an approximate payment of $372.00 per month.

5. Debtors' attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 which will be paid through the Plan by the Trustee.

IT IS SO ORDERED

### 

APPROVED FOR ENTRY:

s/Monte J. White                                        /s/Darrell Ross Lee
Attorney for Debtor
Monte J. White & Associates
1106 Brook Ave
Wichita Falls, TX 76301
attyinfo@montejwhite.com
(940) 723-0099
(940) 723-0096 (fax)

s/Linda Ruschenberg
Linda Ruschenberg, OBA #12842
Attorney for Chapter13 Trustee
321 Dean A. McGee Ave.
PO Box 1948
Oklahoma City, OK 73101
13trustee@chp13okc.com
(405) 236-4843
(405) 236-1004 (fax)